UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>                      Plaintiff,<br><br>            v.<br><br>LISA MORROW and STEVEN SINCLAIR,<br><br>                      Defendants. | No.  4:14-cv-05012-EFS<br><br>**ORDER DISMISSING ACTION** |

By Order filed February 26, 2014, ECF No. 7, the Court denied Mr. Richey leave to file his Complaint without prepayment of the filing fee pursuant to 28 U.S.C. § 1915(g). Court records indicate Mr. Richey has not paid $400.00 ($350.00 filing fee plus $50.00 administrative fee) to commence this action.  Therefore, **IT IS ORDERED** this action is **DISMISSED** for failure to comply with 28 U.S.C. § 1914.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

DATED this 24th day of March 2014.


                        s/ Edward F. Shea
                         EDWARD F. SHEA
                Senior United States District Judge

Q:\EFS\Civil\2014\prisoner14cv5012efs-3-17-dis.docx

ORDER DISMISSING ACTION -- 1